IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TAHEE ABD RASHEED,

      Plaintiff,                        No. CIV S-10-0256 EFB P

      vs.

DEPARTMENT OF JUSTICE
BUREAU OF CRIMINAL
IDENTIFICATION AND
INFORMATION, et al.               ORDER

      Defendants.
_____/

      Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations. *See* 42 U.S.C. §1983.  To proceed with a civil action a plaintiff must pay the $350 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed *in forma pauperis* and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a).  This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent.  *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

      On February 10 and again on July 15, 2010, the court found that plaintiff had failed to pay the filing fee required by 28 U.S.C. § 1914(a) and had not properly requested leave to proceed *in forma pauperis* under 28 U.S.C. § 1915(a).  The court ordered plaintiff to submit

1 within 21 days either (1) the required filing fee, (2) a proper application to proceed *in forma*
2 *pauperis*, or (3) the *in forma pauperis* affidavit required by 28 U.S.C. § 1915(a)(1) along with
3 documentation, or a declaration, explaining why plaintiff could not comply with 28 U.S.C. §
4 1915(a)(2). The court ordered the Clerk to send plaintiff a form *in forma pauperis* application
5 and warned plaintiff that failure to comply with the order would result in dismissal of the action
6 without prejudice.

7 Plaintiff has again submitted a document to the court in which he claims that
8 "respondents" will not process money out of his trust account for filing fees. Plaintiff has not
9 submitted the *in forma pauperis* affidavit as ordered, however, the completion of which does not
10 require prison staff to process money out of or otherwise deal with plaintiff's trust account.

11 Accordingly, it is hereby ORDERED that this action is dismissed without prejudice.
12 Dated: August 11, 2010.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2